# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONALD PERKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD S. KEMALYAN, *et al.*,<br><br>　　　　Defendants. | Case No. CV 09-7439 DDP (JCG)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the entire record and the Magistrate Judge's Report and Recommendation. Plaintiff filed no objections to the Report and Recommendation.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　(1)　The Report and Recommendation is approved and adopted.

　　　　(2)　Judgment shall be entered dismissing this action without prejudice to Plaintiff reasserting the claims set forth in the First Cause of Action of the Third Amended Complaint in a subsequent action in the event that Plaintiff's conviction is later invalidated. All other

//
//

1 claims are dismissed with prejudice.

2     IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and

3 the Judgment on the parties.

5 Dated: March 31, 2011     _____

6                                  HON. DEAN D. PREGERSON
                                 UNITED STATES DISTRICT JUDGE