1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| MICHAEL DONALD PERKINS, | ) | Case No. CV 09-7439 DDP (JCG) |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) | JUDGMENT |
| RICHARD S. KEMALYAN, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) | |

18        IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's

19   Report and Recommendation, the above-captioned action is **DISMISSED**

20   **WITHOUT PREJUDICE** to Plaintiff reasserting the claims alleged in the First

21   Cause of Action of the Third Amended Complaint in a subsequent action in the

22   event that his conviction is later invalidated.

23
24   Dated: March 31, 2011        _____

25                              HON. DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE
26
27
28